UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JAN 1 2 2006

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| VELMA HADDEN and <br> JOE CATENAZZO, <br> Plaintiffs <br><br> v. <br><br> TEXAS REHABILITATION <br> COMMISSION, now renamed TEXAS <br> DEPARTMENT OF ASSISTIVE AND <br> REHABILITATIVE SERVICES and <br> THE STATE OF TEXAS, <br> Defendants | § § § § § § § § § § § § | C.A. NO. C-04-447 |

## MEMORANDUM OPINION AND ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN PART AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN PART

On November 16, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 30). The defendants timely filed objections to the Magistrate Judge's Memorandum and Recommendation (D.E. 31), and the plaintiffs filed a response to the defendants' objections (D.E. 32). Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, defendant's motion for summary judgment is granted in part and denied in part. Summary judgment is entered in favor of the defendant on plaintiff Hadden's claim for hostile environment sexual harassment. Summary judgment is denied

as to plaintiff Hadden and Catenazzo's claims for retaliatory discharge. Finally, summary judgment is denied as to plaintiff Hadden's claim under the Rehabilitation Act.

ORDERED this _12_ day of _Jan_____, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE